446 A.2d 675

Welch v. Volosin, Appellant.

 Argued May 22, 1981. Ray N. Lochner, for appellant; Saul Davis, for appellee.

Before CERCONE, P. J., MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.